# UNITED STATES DISTRICT COURT
## Western District of Wisconsin

MICHAEL D. PLASKY,

    Petitioner,

v.

COUNTY OF ROCK, WISCONSIN;
STATE OF WISCONSIN;
MELISSA BROOKE JOOS, G.A.L for
State of Wisconsin; and
DIANE L. COUSIN,

    Respondents.

**JUDGMENT IN A CIVIL CASE**

Case No.: 09-cv-135-slc

This action came for consideration before the court with U. S. District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

## IT IS ORDERED AND ADJUDGED

This case is dismissed against defendants with prejudice.

PETER OPPENEER

Peter Oppeneer, Clerk

/s/ M. Hardin

by Deputy Clerk

_____3/24/09_____
Date