IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

MICHAEL D. PLASKY,

                                                                                                            ORDER

                Petitioner,

                                                                                                            09-cv-135-slc

     v.

COUNTY OF ROCK, WISCONSIN;
STATE OF WISCONSIN;
MELISSA BROOKE JOOS, G.A.L for
State of Wisconsin; and
DIANE L. COUSIN,

                Respondents.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

On March 6, 2009, the Hon. Allen Sharp transferred petitioner Michael D. Plasky's case to this district from the Northern District of Indiana, after concluding that venue in this district was proper. After reviewing petitioner's complaint, I denied petitioner's request for leave to proceed in forma pauperis on March 24, 2009, and dismissed the case with prejudice for petitioner's failure to state a claim upon which relief may be granted. Now petitioner has filed a motion to change venue back to the United States District Court for the Northern District of Indiana. Petitioner's motion is dated March 24, 2009, and obviously crossed in the mail with the order of dismissal. Because petitioner's case has been

1

dismissed, his motion to return the case to Indiana must be denied as moot.

## ORDER

IT IS ORDERED that petitioner's motion for a change of venue, dkt.# 8, is DENIED as moot.

Entered this 30th day of March, 2009.

BY THE COURT:

/s/

_____
BARBARA B. CRABB
District Judge