IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

MICHAEL D. PLASKY,

                                              ORDER

                Plaintiff,

                                              09-cv-135-slc

     v.

COUNTY OF ROCK, WISCONSIN;
STATE OF WISCONSIN;
MELISSA BROOKE JOOS, G.A.L for
State of Wisconsin; and
DIANE L. COUSIN,

                Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

In an order entered on March 24, 2009, I dismissed plaintiff Michael Plasky's proposed complaint brought pursuant to 42 U.S.C. § 1983 for failure to state a claim. Plaintiff appealed. On June 16, 2009, the Court of Appeals for the Seventh Circuit vacated the dismissal order and remanded with instructions to dismiss for want of federal jurisdiction pursuant to District of Columbia Court of Appeals v. Feldman, 460 U.S. 462, 486 (1983), and Rooker v. Fidelity Trust Co., 263 U.S. 413 (1923). Plasky v. Rock County, Wisconsin, No. 09-1969 (7th Cir. June 16, 2009). Accordingly, IT IS ORDERED that petitioner Michael D. Plasky's request for leave to proceed in forma pauperis is DENIED and this case

1

is DISMISSED WITH PREJUDICE for want of federal jurisdiction. The clerk of court is directed to close this file.

Entered this 10th day of July, 2009.

BY THE COURT:

/s/ Barbara B. Crabb

BARBARA B. CRABB
District Judge