# UNITED STATES DISTRICT COURT
## Western District of Wisconsin

| | |
|---|---|
| MICHAEL D. PLASKY, | **JUDGMENT IN A CIVIL CASE** |
| **Petitioner,** | |
| v. | 09-cv-135-bbc |
| COUNTY OF ROCK, WISCONSIN; STATE OF WISCONSIN; MELISSA BROOKE JOOS, G.A.L for State of Wisconsin; and DIANE L. COUSIN, | |
| **Respondent.** | |

**This action came for consideration before the court with U. S. District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.**

## IT IS ORDERED AND ADJUDGED

that petitioner Michael D. Plasky's request for leave to proceed in forma pauperis is DENIED and this case is DISMISSED WITH PREJUDICE for want of federal jurisdiction.

PETER A. OPPENEER
_____
Peter A. Oppeneer, Clerk

Connie A. Korth                                      7/10/09
_____      _____
by Deputy Clerk                                       Date